IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&C ELECTRIC COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>EDWARD CONTRERAS,<br><br>        Defendant.<br>                                                            / | No. C 11-00383 WHA<br><br>**ORDER RE HEARING<br>ON APPLICATION<br>FOR TEMPORARY<br>RESTRAINING ORDER** |

The hearing on plaintiff's *ex parte* application for a temporary restraining order remains set for **1:45 P.M. ON JANUARY 27, 2011**. Plaintiff is ordered to bring to the hearing a complete copy of the slide show or video in which defendant allegedly threatened plaintiff, as well as all other related communications. The slide show or video should be presented in an easily viewable format. Additionally, plaintiff is ordered to make all reasonable efforts to procure defendant's attendance at the hearing.

**IT IS SO ORDERED.**

Dated: January 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE