IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&C ELECTRIC COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD CONTRERAS,<br><br>  Defendant.<br>_____ / | No. C 11-00383 WHA<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE RYU** |

     The parties supposedly reached a settlement agreement at a settlement conference before Magistrate Judge Ryu in July 2011. Plaintiff now has filed a motion to enforce the supposed settlement agreement and for a protective order (Dkt. No. 46). Because the motion concerns the details of the July 2011 conference, Magistrate Judge Ryu is best placed to resolve it. Accordingly, the motion is hereby **REFERRED** to Magistrate Judge Ryu. The hearing set for December 1, 2011, is **VACATED**.

     **IT IS SO ORDERED.**

Dated: October 4, 2011.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE