**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S&C ELECTRIC COMPANY,<br><br>    Plaintiff(s),<br><br>  v.<br><br>EDWARD CONTRERAS,<br><br>    Defendant(s).<br>_____/ | No. C-11-00383-WHA (DMR)<br><br>**ORDER VACATING AND RESETTING BRIEFING AND HEARING DEADLINES FOR PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

It is hereby ORDERED that the current briefing and hearing dates for Plaintiff's motion to enforce the settlement agreement are VACATED. Defendant shall have until October 28, 2011 to file his opposition, and Plaintiff shall file its reply no later than November 4, 2011. The court will hear oral argument on the motion on December 8, 2011 at 11:00 a.m., unless the court determines that the matter is suitable for disposition without oral argument pursuant to Civil Local Rule 7-1(b).

IT IS SO ORDERED.

Dated: October 17, 2011



IT IS SO ORDERED AS MODIFIED

DONNA M. RYU
United States Magistrate Judge