UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S&C ELECTRIC COMPANY,

    Plaintiff(s),

    v.

EDWARD CONTRERAS,

    Defendant(s).

No. C-11-383-WHA (DMR)

**ORDER RE WRITTEN SETTLEMENT AGREEMENT**

Plaintiff's pleadings on its motion to enforce the settlement make reference to a redlined written settlement agreement that Plaintiff sent to Defendant via email on August 10, 2011. The court ORDERS that Plaintiff shall submit that settlement agreement to the court *immediately* by emailing it to dmrpo@cand.uscourts.gov, cc:ed to Defendant.

IT IS SO ORDERED.

Dated: December 5, 2011

DONNA M. RYU
United States Magistrate Judge