IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

S&C ELECTRIC COMPANY,

    Plaintiff,

  v.

EDWARD CONTRERAS,

    Defendant.
                                 /

No. C 11-00383 WHA

**ORDER REGARDING FINAL PRETRIAL CONFERENCE**

      The final pretrial conference is scheduled for December 19, 2011 (Dkt. No. 61). Neither side has submitted any required pretrial conference materials. In the meantime, Magistrate Judge Donna Ryu has recommended that the settlement placed on the record be enforced (Dkt. No. 62).

      The final pretrial conference will be used as a hearing to argue why the action should not be dismissed according to Magistrate Judge Ryu's recommendation and for lack of prosecution. The hearing will be held at **2:00 PM ON DECEMBER 19, 2011**. Any materials in opposition to Magistrate Judge Ryu's recommendation will be due at 5:00pm on Friday, December 16.

**IT IS SO ORDERED.**

Dated: December 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE