IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

S&C ELECTRIC COMPANY,

    Plaintiff,

  v.

EDWARD CONTRERAS,

    Defendant.

No. C 11-00383 WHA

**ORDER REGARDING HEARING ON DECEMBER 19**

    Parties shall bring a copy of the written settlement agreement referenced in Magistrate Judge Donna Ryu's report and recommendation to today's hearing (Dkt. No. 62 at 5).

**IT IS SO ORDERED.**

Dated: December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE