**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

S&C ELECTRIC COMPANY,

    Plaintiff,

  v.

EDWARD CONTRERAS,

    Defendant.

/

No. C 11-00383 WHA

**ORDER REQUESTING HYDRO QUEBEC LETTER**

    During the hearing on December 19 (Dkt. No. 66), the Court requested plaintiff S&C Electric to provide a translated copy of the letter from Hydro Quebec by December 30, 2011. Plaintiff has failed to do so. Plaintiff shall file the letter by **NOON ON JANUARY 10, 2012**.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE